UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENITH R. WILSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:18-CV-1271 SNLJ |
| STANLEY PAYNE, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis in this habeas corpus action. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**.

Dated this 14th day of August, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE